UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARY PATRICIA BLACK, ) | Civil Case No.: ED CV-08-1686 (RZ) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING |
| ) | EQUAL ACCESS TO JUSTICE ACT |
| ) | ATTORNEY'S FEES PURSUANT TO |
| v. ) | 28 U.S.C. 2412(d) AND COSTS |
| ) | PURSUANT TO 28 U.S.C 1920 |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs,

IT IS ORDERED that Plaintiff's counsel, Barbara M. Rizzo, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act in the amount of four thousand one hundred dollars and zero cents ($4,100.00) and costs in the amount of three hundred fifty dollars and zero cents ($350.00). ~~subject to the terms of the above-referenced Stipulation.~~

DATED:  June 29, 2009            _____
                                 THE HONORABLE RALPH ZAREFSKY
                                 UNITED STATES MAGISTRATE JUDGE